UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ARI ROSSEN,

                           **Plaintiff,**              25-CV-04042 (DEH)(SN)

      -against-                               **ORDER**

ST DAVID'S SCHOOL, et al.,

                           **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On August 29, 2025, Defendants filed a motion to dismiss Plaintiff's Complaint under Fed. R. Civ. P. 12(b)(6). Pursuant to Fed. R. Civ. P. 15(a)(2), the Court shall grant leave to Plaintiff to amend the Complaint by Friday, September 12, 2025. If Plaintiff elects to amend the Complaint, Defendants shall have 14 days after service of the amended pleading to either inform the Court that the current motion to dismiss will remain operative or file a new motion to dismiss. If Defendants file a new motion to dismiss, the pending motion at ECF No. 21 will be denied as moot. If Plaintiff elects to oppose the current motion to dismiss instead of amending the Complaint, Plaintiff must do so by Friday, September 12, 2025.

**SO ORDERED.**

                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:      September 3, 2025
                 New York, New York